IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAFAEL TRINIDAD,

       Appellant,

v.
                                    Case No.     5D22-1168
                                    LT Case No. 2011-CF-002911-A-O

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed October 18, 2022

3.853 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Rafael Trinidad, Crawfordville, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.